UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| KISCHE USA LLC, | CASE NO. C16-0168JLR |
| Plaintiff, | MINUTE ORDER |
| v. | |
| ALI SIMSEK, et al., | |
| Defendants. | |

The following minute order is made by the direction of the court, the Honorable James L. Robart:

The court orders Plaintiff Kische USA LLC ("Kische") to file a copy of its proposed second amended complaint that complies with the formatting instructions described in Local Civil Rule 15. *See* Local Rules W.D. Wash. LCR 15; (Mot. to Amend (Dkt. # 66).) Although Kische filed its proposed amended complaint as an exhibit to its pending motion for leave to amend (*see* Local Rules W.D. Wash. LCR 15), Kische did not indicate how its proposed second amended complaint "differs from the pleading that

MINUTE ORDER - 1

1 | it amends by bracketing or striking through the text to be deleted and underlining or
2 | highlighting the text to be added.," *id.* Kische must file a proposed second amended
3 | complaint that complies with Local Civil Rule 15 no later than February 7, 2017, at 12:00
4 | p.m. Failure to do so may result in the court denying Kische's pending motion for leave
5 | to amend its complaint. (*See* Mot. to Amend.)
6 |     Filed and entered this 3rd day of February, 2017.

WILLIAM M. MCCOOL
Clerk of Court

s/ Ashleigh Drecktrah
Deputy Clerk

MINUTE ORDER - 2