Honorable James Robart

United States District COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| KISCHE USA LLC, a Washington limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>ALI SIMSEK and JANE DOE SIMSEK, husband and wife, and the marital community composed thereof; DIANE WALKER and JOHN DOE WALKER, husband and wife, and the marital community composed thereof; JD STELLAR LLC, a Washington limited liability company; and KEVIN COSTANZA and JANE DOE COSTANZA, husband and wife, and the marital community composed thereof;<br><br>Defendants. | No. 2:16-cv-00168-JLR<br><br>REVISED MOTION FOR STIPULATED AND AGREED ORDER OF CONTINUANCE<br><br>NOTED FOR HEARING<br><br>MARCH 3, 2017 |

## I. RELIEF REQUESTED

In its February 10, 2017 Order, the Court denied the Parties' Stipulated Motion for Continuance, without prejudice. Dkt. # 73. The Court indicated that it would consider a revised request if the parties understood and sought to go to the end of the Court's trial calendar, which currently is scheduling for approximately April 2018. *Id.* The Court further indicated it would issue an entirely new case schedule if such relief was granted. *Id.*

REVISED MOTION FOR STIPULATED AND AGREED ORDER
OF CONTINUANCE – Pg. 1 of 3

THE LAW OFFICE OF
DUBS ARI TANNER HERSCHLIP PLLC
627-5TH ST, STE 203, MUKILTEO, WA 98275
PHONE: (425) 903-3505
FAX: (425) 296-3918
WWW.MUKILTEOLAWFIRM.COM

Kische USA LLC, JD Stellar LLC, Ali Simsek, and Diane Walker now respectfully request the alternative relief that the Court stated it would consider, and ask to be placed at the end of the Court's trial calendar, along with a corresponding continuance to all remaining dates on the case schedule.[1]

The reason a continuance is necessary remains the same as stated in the original motion: Due to the extensive motion practice in this matter, the litigation has not reached the stage where the parties can adequately prepare for an August 2017 trial and corresponding scheduling dates. The most recent amended complaint and causes of action list was approved by the Court as of 2/23/17. Dkt. # 74. The scope of discovery has been disputed relative to the uncertain status of plaintiff's complaint. Defendants JD Stellar, Simsek and Walker may seek to file a third motion to dismiss the second amended complaint. This will further delay the determination of the causes of action at issue in this case as the current trial date approaches. A long-term continuance will allow the motion practice to fully play out as justice demands, and will allow the parties to adequately prepare for all subsequent stages of the litigation.

## II. STIPULATION

COME NOW the Plaintiff Kische USA LLC, and Defendant/crossclaimant JD Stellar LLC, and defendants Ali Simsek and Diane Walker, by and through their attorneys of record, and hereby stipulate and jointly request that the Court continue this matter, placing the trial date at the end of the Court's trial calendar in approximately April 2018, along with a corresponding new scheduling order to be issued by the Court.

Dated: 3/3/2017             /s/ Dubs A. T. Herschlip
                            Dubs A. T. Herschlip, WSBA No. 31652
                            Attorney for Plaintiff, Kische USA LLC

Dated: 3/3/2017             /s/ Wesley G. Forman
                            Donald H. Mullins, WSBA No. 4966
                            Wesley G. Forman, WSBA No. 44269
                            Attorney for Defendants, Simsek, Walker, and
                            JD Stellar LLC

---

[1] Kevin Costanza does not join in the other parties' request to continue the trial until Spring 2018, however he will not be filing an objection to this stipulated motion.

REVISED MOTION FOR STIPULATED AND AGREED ORDER
OF CONTINUANCE – Pg. 2 of 3

THE LAW OFFICE OF
DUBS ARI TANNER HERSCHLIP PLLC
627-5TH ST, STE 203, MUKILTEO, WA 98275
PHONE: (425) 903-3605
FAX: (425) 298-3918
WWW.MUKILTEOLAWFIRM.COM

## ORDER

THIS MATTER having come before the Court upon the Stipulation of plaintiff Kische USA, defendant/cross-claimant JD Stellar, and defendants Ali Simsek and Diane Walker, and there being no objection from crossclaim defendant Kevin Costanza, and the Court having reviewed the Stipulation and finding good cause, it is hereby

ORDERED, ADJUDGED AND DECREED that the trial date in this matter will be placed at the end of the Court's trial calendar, and the Court will issue a corresponding new scheduling order for ~~all other associated dates~~ the expert disclosure deadline, and all remaining pretrial deadlines. /JLR/

DONE IN OPEN COURT this 3rd day of March, 2017.

_____
The Honorable Judge James Robart

REVISED MOTION FOR STIPULATED AND AGREED ORDER
OF CONTINUANCE -- Pg. 3 of 3

THE LAW OFFICE OF
DUBS ARI TANNER HERSCHLIP PLLC
627-5TH ST, STE 203, MUKILTEO, WA 98275
PHONE: (425) 903-3505
FAX: (425) 298-3918
WWW.MUKILTEOLAWFIRM.COM