UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| KISCHE USA LLC,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>ALI SIMSEK, et al.,<br><br>　　　　　　Defendants. | CASE NO. C16-0168JLR<br><br>ORDER OF DISMISSAL |

The court having been notified of the settlement of the Cross Claimants JD Stellar, Ali Simsek, and Diane Walker's (collectively, "Cross Claimants") cross claim against Cross Defendants Kevin Constanza and Jane Doe Costanza in this matter and it appearing that no issue regarding the cross claim remains for the court's determination:

IT IS ORDERED that the cross claim asserted by Cross Claimants is DISMISSED with prejudice and without costs to any party.

In the event settlement is not perfected, any party may move to reopen the cross claim, provided such motion is filed within **15** days of the entry of this order. The

ORDER - 1

1 | pending motion for summary judgment filed by Cross Defendant Kevin Costanza (Dkt.
2 | # 85) is STRICKEN as moot.
3 | Dated this 12th day of July, 2017.

*[signature]*

JAMES L. ROBART
United States District Judge