UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| KISCHE USA LLC, | CASE NO. C16-0168JLR |
| Plaintiff, | ORDER |
| v. | |
| ALI SIMSEK, et al., | |
| Defendants. | |

On September 29, 2017, Plaintiff Kische USA LLC ("Kische") filed a second motion for partial summary judgment. (2d MSJ (Dkt. # 96).) Kische's counsel did not, however, sign the motion as the Federal Rules of Civil Procedure and the Western District of Washington's Local Civil Rules require. (*See id.* at 30 (showing blank space for counsel's signature)); Fed. R. Civ. P. 11(a) ("Every pleading, written motion, and other paper must be signed by at least one attorney of record in the attorney's name . . . ."); Local Rules W.D. Wash. LCR 10(e)(4) ("All pleadings, motions[,] and other filings shall be dated and signed as provided by Federal Rule of Civil Procedure 11,

1 LCR 11, and the court's Electronic Filing Procedures."); *id.* LCR 11(a). The court therefore DIRECTS the Clerk to strike the motion (Dkt. # 96) and Kische to refile the motion in accordance with the Federal Rules of Civil Procedure and the Local Civil Rules. Upon refiling, Kische must renote the motion pursuant to Local Civil Rule 7(d)(3). *Id.* LCR 7(d)(3) ("[M]otions for summary judgment . . . shall be noted for consideration on a date no earlier than the fourth Friday after filing and service of the motion.").

Dated this 2nd day of October, 2017.

JAMES L. ROBART
United States District Judge

ORDER - 2