UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| KISCHE USA LLC, | CASE NO. C16-0168JLR |
| Plaintiff, | ORDER |
| v. | |
| ALI SIMSEK, et al., | |
| Defendants. | |

Pursuant to the court's scheduling order (Sched. Order (Dkt. # 78) at 2), a representative for Plaintiff Kische USA LLC ("Kische") contacted the court to request a discovery conference regarding (1) documents that Defendants Ali Simsek, Diane Walker, and JD Stellar LLC (collectively, "Defendants") are withholding from production and (2) documents that Defendants claim were inadvertently produced. The court ORDERS the parties to file statements of no more than three (3) pages further explaining the nature of the disputed discovery, setting forth the appropriate legal standard, and providing brief argument in support of the party's position. Defendants

ORDER - 1

1 | must jointly file a single three-page statement, and the parties must file their statements
2 | no later than Tuesday, October 31, 2017, at 5:00 p.m. The court further ORDERS the
3 | parties to appear at an in-court hearing on Thursday, November 2, 2017, at 9:00 a.m.

Dated this 31st day of October, 2017.

JAMES L. ROBART
United States District Judge